IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARLOW JORDAHL,                           :
                                          :
       Plaintiff(s)              :
                                          :
vs.                                       :     Case Number: C-1-01-862
                                          :
WATLOW ELECTRIC MFG. CO.,                 :     District Judge Susan J. Dlott
                                          :
       Defendant(s)              :

ORDER

The Court hereby amends the scheduling order in this case as follows:

1.    Discovery cutoff                                                                  12/01/03

2.    Settlement Procedures

      A.    Plaintiff to make demand                                   12/16/03

      B.    Defendant to respond to demand                     12/23/03

      C.    Settlement Position Paper[1] submitted             01/02/04

      D.    Settlement Conference[2] at 10:00 a.m.              01/09/04

---

[1] Each counsel must prepare and submit a letter to the Court with the status of any settlement negotiations to date. These letters need not be exchanged with opposing counsel.

[2] Attorneys attending settlement conference must bring their client or a representative with full settlement authority. By full settlement authority, the Court means the person or persons attending must have the authority independently to make necessary financial and settlement decisions. Failure to follow this requirement will result in sanctions.

3.     Last date to file dispositive motions not directed to the pleadings. (E.g. summary judgment motions)     02/02/04

    Memoranda contra due     02/26/04

    Reply Memoranda due     03/11/04

IT IS SO ORDERED.

\_\_\_s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge