IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARLOW JORDAHL, | ) | Case No. 1:01cv862 |
| | ) | |
| Plaintiff, | ) | District Judge:  Susan J. Dlott |
| | ) | |
| vs. | ) | |
| | ) | |
| WATLOW ELECTRIC | ) | **NOTICE OF DEPOSITION** |
| MANUFACTURING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   PLAINTIFF MARLOW JORDAHL AND HIS ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Watlow Electric Manufacturing Company ("Watlow") will take the deposition of Gene Kalhorn, c/o TAPCO Products, 910 Loveland-Madeira Road, Loveland, OH 45140, at the Law Offices of Graydon Head & Ritchey LLP, located at 1900 Fifth Third Center, Cincinnati, Ohio 45201, on November 11, 2003, beginning at 10:00 a.m. and continuing day-to-day thereafter until completed or on dates as otherwise mutually agreed to by the parties.

Said deposition will be taken by stenographic means before a notary public or other officer duly authorized to administer oaths in the State of Ohio.

Dated:  October 8, 2003

Respectfully submitted,

**s/ Harry J. Finke IV**
Harry J. Finke IV Bar No. 0018160
Trial Attorney for Defendant
Graydon Head & Ritchey LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH  45201
Telephone:  (513) 621-6464
Fax:  (513) 651-3836
E-Mail:  hfinke@graydon.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 8, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Edward S. Dorsey, Esq., Lindhorst & Dreidame, 312 Walnut Street, Suite 2300, Cincinnati, Ohio 45202, Trial Attorneys for Plaintiff.

                                        **s/ Harry J. Finke IV**
                                        Harry J. Finke IV Bar No. 0018160
                                        Trial Attorney for Defendant
                                        Graydon Head & Ritchey LLP
                                        1900 Fifth Third Center
                                        P.O. Box 6464
                                        Cincinnati, OH  45201
                                        Telephone:  (513) 621-6464
                                        Fax:  (513) 651-3836
                                        E-Mail:  hfinke@graydon.com

573450v1