IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARLOW JORDAHL, | ) | Case No. 1:01cv862 |
| | ) | |
| Plaintiff, | ) | District Judge: Susan J. Dlott |
| | ) | |
| vs. | ) | |
| | ) | |
| WATLOW ELECTRIC | ) | **NOTICE OF DEPOSITION** |
| MANUFACTURING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

TO:  PLAINTIFF MARLOW JORDAHL AND HIS ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Watlow Electric Manufacturing Company ("Watlow") will take the deposition of Plaintiff Marlow Jordahl at the Law Offices of Graydon Head & Ritchey LLP, located at 1900 Fifth Third Center, Cincinnati, Ohio 45201, on November 10, 2003, beginning at 9:00 a.m. and continuing day-to-day thereafter until completed or on dates as otherwise mutually agreed to by the parties.

Said deposition will be taken by stenographic means before a notary public or other officer duly authorized to administer oaths in the State of Ohio.

|  |  |
|---|---|
| Dated: October 8, 2003 | Respectfully submitted, |
| | |
| | **s/ Harry J. Finke IV** |
| | Harry J. Finke IV Bar No. 0018160 |
| | Trial Attorney for Defendant |
| | Graydon Head & Ritchey LLP |
| | 1900 Fifth Third Center |
| | P.O. Box 6464 |
| | Cincinnati, OH  45201 |
| | Telephone: (513) 621-6464 |
| | Fax: (513) 651-3836 |
| | E-Mail: hfinke@graydon.com |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 8, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edward S. Dorsey, Esq., Lindhorst & Dreidame, 312 Walnut Street, Suite 2300, Cincinnati, Ohio 45202, Trial Attorneys for Plaintiff.

                                            **s/ Harry J. Finke IV**
                                            Harry J. Finke IV Bar No. 0018160
                                            Trial Attorney for Defendant
                                            Graydon Head & Ritchey LLP
                                            1900 Fifth Third Center
                                            P.O. Box 6464
                                            Cincinnati, OH  45201
                                            Telephone:  (513) 621-6464
                                            Fax:  (513) 651-3836
                                            E-Mail:  hfinke@graydon.com