IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARLOW JORDAHL, | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | |
| vs. | : | Case Number: 1:01cv862-SJD |
| | : | |
| WATLOW ELECTRIC MFG. CO., | : | District Judge Susan J. Dlott |
| | : | |
| Defendant(s) | : | |

ORDER

The scheduling order previously issued in this case is hereby amended as follows:

1.  Discovery cutoff                                                                03/01/04

2.  Settlement Procedures

    A.  Plaintiff to make demand three weeks before the settlement conference.

    B.  Defendant to respond to demand two weeks the settlement conference.

    C.  Each counsel must prepare and submit a letter to the Court with the status of any settlement negotiations to date. These letters need not be filed with the Clerk's Office nor exchanged with opposing counsel. Letters to be submitted one week before the settlement conference.

    D.  Settlement Conference at 1:30 p.m.                                          04/02/04

Attorneys attending settlement conference must bring the party or a principal with full settlement authority. By full settlement authority, the Court means the person or persons attending must have authority independently to make necessary financial and settlement decisions. **Failure to follow this requirement will result in sanctions.**

3.  Last date to file dispositive motions not directed to
    the pleadings.  (E.g. summary judgment motions)            05/03/04

    Memoranda contra due                                       05/27/04

    Reply Memoranda due                                        06/10/04

(These dates apply to any summary judgment motions filed on the last date allowed; dispositive motions filed earlier in the case shall be treated in accordance with S.D. Ohio L. R. 7.2).

   IT IS SO ORDERED.


                                              ___s/Susan J. Dlott_____
                                              Susan J. Dlott
                                              United States District Judge