IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARLOW JORDAHL,

    vs.

WATLOW ELECTRIC MFG. CO.,

Case Number: 1:01cv862-SJD

District Judge Susan J. Dlott

NOTICE

The Settlement Conference previously scheduled for April 2, 2004 is hereby VACATED.

JAMES BONINI, CLERK

___s/Stephen Snyder_____
Stephen Snyder
Case Manager
(513) 564-7633