# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **MARLOW JORDAHL,** | ) | Case No. C-1-01-862 |
| | ) | (Dlott, J.) |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | NOTICE OF MANUAL FILING |
| | ) | OF TRIAL DEPOSITION |
| **WATLOW ELECTRIC** | ) | AND EXHIBITS |
| **MANUFACTURING COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Please take notice that because of its voluminous nature, Defendant Watlow Electric Manufacturing Company ("Watlow") is manually filing the trial deposition of Plaintiff Marlow Jordahl and exhibits 1 through 42 thereto pursuant to Section IV(A) of the Electronic Filing Policies and Procedures Manual for the United States District Court for the Southern District of Ohio.

Dated: May 3, 2004                              **GREENSFELDER, HEMKER & GALE, P.C.**

**/s/ Mary Ann L. Wymore**
MaryAnn L. Wymore, *pro hac vice*
Wendy M. Menghini, *pro hac vice*
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone (314) 241-9090
Facsimile (314) 241-9743

Harry J. Finke IV (#0018160)
Graydon Head & Ritchey LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH 45201
Telephone (513) 621-6464
Facsimile (513) 651-3836

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 3, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edward S. Dorsey, Esq., Lindhorst & Dreidame, Suite 2300, 312 Walnut Street, Cincinnati, Ohio 45202-4091, Trial Attorney for Plaintiff.

      **/s/ Mary Ann L. Wymore**
Mary Ann L. Wymore, *pro hac vice*
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone (314) 241-9090
Facsimile (314) 241-9743