FILED
JAMES BONINI
CLERK

04 MAY -4 AM 9: 41

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARLOW JORDAHL,** | ) | **Case No. C-1-01-862** |
| | ) | **(Dlott, J.)** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **NOTICE OF MANUAL FILING** |
| | ) | **OF TRIAL DEPOSITION** |
| **WATLOW ELECTRIC** | ) | **AND EXHIBITS** |
| **MANUFACTURING COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Please take notice that because of its voluminous nature, Defendant Watlow Electric

Manufacturing Company ("Watlow") is manually filing the trial deposition of Plaintiff Marlow

Jordahl and exhibits 1 through 42 thereto pursuant to Section IV(A) of the Electronic Filing

Policies and Procedures Manual for the United States District Court for the Southern District of

Ohio.

Dated: May 3, 2004          **GREENSFELDER, HEMKER & GALE, P.C.**

         **/s/ Mary Ann L. Wymore**
         MaryAnn L. Wymore, *pro hac vice*
         Wendy M. Menghini, *pro hac vice*
         10 South Broadway, Suite 2000
         St. Louis, Missouri 63102
         Telephone (314) 241-9090
         Facsimile (314) 241-9743

         Harry J. Finke IV (#0018160)
         Graydon Head & Ritchey LLP
         1900 Fifth Third Center
         P.O. Box 6464
         Cincinnati, OH 45201
         Telephone (513) 621-6464
         Facsimile (513) 651-3836

## CERTIFICATE OF SERVICE

The foregoing Notice of Manual Filing of Trial Deposition and Exhibits was served electronically on this 3rd day of May, 2004.

/s/ **Mary Ann L. Wymore**
Mary Ann L. Wymore, *pro hac vice*