IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARLOW JORDAHL,                    :
                                   :
            Plaintiff(s)           :
                                   :   Case Number: 1:01cv862-SJD
      vs.                          :
                                   :   District Judge Susan J. Dlott
WATLOW ELECTRIC MFG. CO.,          :
                                   :
            Defendant(s)           :

ORDER

This matter is before the Court upon a filing of a dispositive motion. It is the practice of this court to require all counsel to submit a hard copy to Chambers of any dispositive motion and related pleadings thereto, including all exhibits.

IT IS SO ORDERED.


___s/Susan J. Dlott_____
Susan J. Dlott
United States District Judge