**WATLOW**

Watlow Electric
Manufacturing Co.

12001 Lackland Road
St. Louis, MO 63146
Phone: 314-878-4600
FAX: 314-878-6814
Internet: www.watlow.com

October 23, 2001

Marlow Jordahl
6675 Waters Edge
Loveland, OH 45140

Dear Marlow:

The purpose of this letter is to explain the effect your separation from Watlow on 10/23/01 has on your pay and benefits.

PAY: You will be paid for 16 hours for 10/22/01 – 10/23/01 as usual on 11/01/01. You will also be paid at that time for your remaining vacation days, if applicable. Since you will not be employed as of 12/31/01, you will not be eligible for any Variable Pay for 2001.

WIN BENEFITS: Enclosed is information about continuing your medical, dental, vision, and EAP coverage through the COBRA Program. You may continue these benefits for up to 18 months as long as you pay the entire premium on a timely basis and remain otherwise eligible. Your group coverage through Watlow ends as of the last day worked, 10/23/01. Please refer to the enclosed Waiver & Release Agreement regarding Watlow's payment of the first 60 days of medical coverage, provided the completed COBRA enrollment form is returned before the deadline.

Enclosed is information about converting your base life insurance and long term disability insurance to individual policies. If you decide you would like to convert these coverages, please complete the necessary forms and return them to me for completion of the Employer's portion on a timely basis.

PENSION: Since you have less than five years of vesting service, you are not eligible for a pension benefit.

Please be sure to return your ID badge, any credit cards, keys, computer equipment, and any other Watlow property you may have. You should be sure to pay any outstanding bills on your company credit card. If you haven't already done so, submit any unpaid expense reports.

If you have any questions, please don't hesitate to contact me at (314) 628-4047.

Sincerely,

Becky Helvey
Becky Helvey
Human Resources Specialist

2163