Mr. Marlow Jordahl
6675 Waters Edge
Loveland, OH 45140

Dear Mr. Marlow Jordahl,

Upon termination of employment from Watlow Electric Manufacturing Company, you fulfilled the eligibility requirements for a deferred vested benefit from the Watlow Group Pension Plan.

The enclosed **Summary of Payment Options** gives you information regarding your retirement benefit payable at your Normal Retirement Date. We suggest that you keep this information among your valuable papers as evidence of the benefits to which you are entitled under the Watlow Group Pension Plan.

Please keep Watlow Electric Manufacturing Company informed of any address change by contacting the Human Resources Department at the Watlow facility where you previously worked.

Sincerely,

_Becky Helvey_   11-20-01
Becky Helvey                          Date
Human Resource Specialist

Enclosure

Marlow,                                    11-20-01
I didn't think you would be eligible for pension, since you had less than 5 years of service, but as I processed it, you had enough hours to satisfy the requirement. Thanks, Becky

2162

## Watlow Electric Manufacturing Company

**Watlow Group Pension Plan**          **Summary of Payment Options**

### Summary of Employee Data

| | |
|---|---|
| Name of Participant | Marlow Jordahl |
| Social Security Number | 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 |
| Date of Birth | July 12, 1942 |
| Date of Termination | October 23, 2001 |
| Normal Retirement Date | August 1, 2007 |
| Date of Benefit Commencement | August 1, 2007 |

### Summary of Benefit Payment Alternatives

**Ten-Year Certain & Life Annuity**

A monthly income of $342.16 payable as of the Normal Retirement Date. If you die before receiving 120 monthly payments, the remainder of the 120 payments will be made to your designated beneficiary(ies). If you die after 120 monthly payments have been made, no further payment will be made.

**Life Annuity**

A monthly income of $363.72 for your life only, payable as of the Normal Retirement Date. No further payments are made to your beneficiary(ies) after your death.

**Can I commence benefits before my normal retirement date?**

Since you did not earn ten or more years of benefit service, you may not commence benefits before your normal retirement date. If you should die prior to the date your benefit payments begin and you are married on the date of your death, your spouse may be eligible to receive a monthly surviving spouse death benefit.

2164