**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MARLOW JORDAHL,** | ) | **Case No. C-1-01-862** |
| | ) | **(Dlott, J.)** |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **DEFENDANT WATLOW ELECTRIC** |
| | ) | **MANUFACTURING COMPANY'S** |
| **WATLOW ELECTRIC** | ) | **WITHDRAW OF ITS REPLY BRIEF IN** |
| **MANUFACTURING COMPANY,** | ) | **SUPPORT OF ITS MOTION FOR** |
| | ) | **SUMMARY JUDGMENT** |
| **Defendant.** | ) | |

COMES NOW Defendant Watlow Electric Manufacturing Company, by and through its undersigned attorneys, and hereby withdraws its Reply Brief in Support of its Motion for Summary Judgment (Pleading No. 24) filed on June 10, 2004. This pleading will be superseded by a new pleading.

Dated:  June 10, 2004                **GREENSFELDER, HEMKER & GALE, P.C.**


                **/s/ Mary Ann L. Wymore**
                Mary Ann L. Wymore, *pro hac vice*
                Wendy M. Menghini, *pro hac vice*
                10 South Broadway, Suite 2000
                St. Louis, Missouri  63102
                Telephone (314) 241-9090
                Facsimile (314) 241-9743


                Harry J. Finke IV (#0018160)
                Graydon Head & Ritchey LLP
                1900 Fifth Third Center
                P.O. Box 6464
                Cincinnati, OH  45201
                Telephone (513) 621-6464
                Facsimile (513) 651-3836


                **Attorneys for Defendant Watlow Electric**
                **Manufacturing Company**

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edward S. Dorsey, Esq., Lindhorst & Dreidame, Suite 2300, 312 Walnut Street, Cincinnati, Ohio 45202-4091, Trial Attorney for Plaintiff.

/s/ Mary Ann L. Wymore

Mary Ann L. Wymore, *pro hac vice*
10 South Broadway, Suite 2000
St. Louis, Missouri  63102
Telephone (314) 241-9090
Facsimile (314) 241-9743