UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

*Granted*
*Susan J. Dlott*
*6/16/04*

| | |
|---|---|
| MARLOW JORDAHL, ) | Case No. C-1-01-862 |
| ) | (Dlott, J.) |
| Plaintiff, ) | |
| ) | |
| vs. ) | DEFENDANT WATLOW ELECTRIC |
| ) | MANUFACTURING COMPANY'S |
| WATLOW ELECTRIC ) | WITHDRAW OF ITS REPLY BRIEF IN |
| MANUFACTURING COMPANY, ) | SUPPORT OF ITS MOTION FOR |
| ) | SUMMARY JUDGMENT |
| Defendant. ) | |

COMES NOW Defendant Watlow Electric Manufacturing Company, by and through its undersigned attorneys, and hereby withdraws its Reply Brief in Support of its Motion for Summary Judgment (Pleading No. 24) filed on June 10, 2004. This pleading will be superseded by a new pleading.

Dated: June 10, 2004

GREENSFELDER, HEMKER & GALE, P.C.

/s/ Mary Ann L. Wymore
Mary Ann L. Wymore, *pro hac vice*
Wendy M. Menghini, *pro hac vice*
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone (314) 241-9090
Facsimile (314) 241-9743

Harry J. Finke IV (#0018160)
Graydon Head & Ritchey LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH 45201
Telephone (513) 621-6464
Facsimile (513) 651-3836

**Attorneys for Defendant Watlow Electric Manufacturing Company**