IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARLOW JORDAHL, | : |
| Plaintiff(s) | : |
| | : Case Number: 1:01cv862-SJD |
| vs. | : |
| | : District Judge Susan J. Dlott |
| WATLOW ELECTRIC MFG. CO., | : |
| Defendant(s) | : |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the motion for summary judgment is GRANTED.

9/29/04                                                    JAMES BONINI, CLERK

                                                                   ___s/Stephen Snyder_____
                                                                   Deputy Clerk

Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.