UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARLOW JORDAHL, | ) | Case No. C-1-01-862 |
| | ) | (Dlott, J.) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DEFENDANT'S REQUEST FOR LEAVE |
| | ) | TO WITHDRAW ITS MOTION FOR |
| WATLOW ELECTRIC | ) | AWARD OF ATTORNEYS' FEES |
| MANUFACTURING COMPANY, | ) | AND COSTS WITHOUT PREJUDICE |
| | ) | |
| Defendant. | ) | |

COMES NOW Defendant Watlow Electric Manufacturing Company and respectfully requests leave of Court to withdraw, without prejudice, its Motion for Award of Attorneys' Fees and Costs pending settlement by the parties.

Respectfully submitted,

Dated:  November 4, 2004         **GREENSFELDER, HEMKER & GALE, P.C.**

**/s/ Mary Ann L. Wymore**
Mary Ann L. Wymore, *pro hac vice*
Wendy M. Menghini, *pro hac vice*
10 South Broadway, Suite 2000
St. Louis, Missouri  63102
Telephone (314) 241-9090
Facsimile (314) 241-9743

Harry J. Finke IV (#0018160)
Graydon Head & Ritchey LLP
1900 Fifth Third Center
P.O. Box 6464
Cincinnati, OH  45201
Telephone (513) 621-6464
Facsimile (513) 651-3836

**Attorneys for Defendant Watlow Electric Manufacturing Company**

754016v1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 4, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Edward S. Dorsey, Esq., Lindhorst & Dreidame, Suite 2300, 312 Walnut Street, Cincinnati, Ohio 45202-4091, Trial Attorney for Plaintiff.

      **/s/ Mary Ann L. Wymore**
Mary Ann L. Wymore, *pro hac vice*
Wendy M. Menghini, *pro hac vice*
10 South Broadway, Suite 2000
St. Louis, Missouri 63102
Telephone (314) 241-9090
Facsimile (314) 241-9743

754016v1